**Patricia M. Wagner, CSR**
P.O. Box 760
Weimar, Texas  78962
Tel.  361.772.0630
pattiwagcsr@gmail.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/1/2015 9:22:34 AM
KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE REPORTER'S RECORD

May 29, 2015

Court of Appeals Number: 04-15-00090-CR
**Trial Court Number:  13-1991-CR-B**
Trial Court Style:  State of Texas v. Anthony Alex DeLeon
County and District Court from which appeal is taken:  Guadalupe County

I am the official court reporter responsible for preparing part of the reporter's record in the above-mentioned appeal.  The approximate date(s) of proceeding(s) was/were:  January 26-28 plus several pretrial dates

I anticipate the length of the record to be:  500 plus pages

I am unable to file the record by the due date because of the following reason(s):

The appellant has failed to order the record.

The appellant failed to order the record timely.

The appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

X   Preparation of reporter's record ordered prior to the instant one precludes completion of this record by said due date.  My required monthly status report showing records requested is on file with the 1st, 13th, 14th, and 4th Courts of Appeals Clerks.

X  Other.  This Reporter is asking for a 30 to 45-day extension.  This Reporter has been extremely busy with several transcripts over the last few months and in court with several jury trials, as well as, personal issues going on.   Also, this reporter is currently finishing up a trial appeal for the 13th Court of Appeals, State of Texas v. Raymond Hammer out of Lavaca County that was due before this one, and I am still working on getting that one completed and anticipate another two weeks to complete that one before I can start this one due to our upcoming trial schedule, and that's requiring this Reporter to work on weekends to try and get caught up again.  Thank you for your patience and consideration.

I anticipate the  record to be completed by: July 10th, 2015 but hopefully sooner.

I, Patricia M. Wagner, certify that I sent copies of this Notice by regular mail or fax to the attorneys for the parties.

Date:___5/29/2015_____ Signature:____/s/ PATRICIA WAGNER, CSR

CC:  Guadalupe County District Clerk; Defendant's atty; Ms. Heather Hines